UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SOCIETE D'AMENAGEMENT ET DE
GESTION DE L'ABRI NAUTIQUE,

    Plaintiff,

v.                                         Case No. 16-C-785

MARINE TRAVELIFT, INC.,

    Defendant.

## ORDER FOR JUDGMENT

On May 30, 2018, the Court granted Plaintiff Societe D'Amenagement et de Gestion De L'Abri Nautique's (Sagan) motion for summary judgment against Defendant Marine Travelift, Inc. (MTI), which sought to recognize the validity of a French judgment rendered by the Versailles Court of Appeals that Sagan obtained against MTI. Because the Court recognizes the French judgment as valid and enforceable, the relief prescribed in that judgment needs to be incorporated into the final judgment entered in this case. Accordingly, the Court hereby orders that Sagan is entitled to the following relief from MTI:

**1. Award Pursuant to the French Judgment:** Sagan is entitled to the following relief as prescribed in the French judgment:

    **a. 58,665.00€:** The principal damages that Sagan sustained in connection with its purchase of MTI's defective boat hoist, *see* ECF No. 24-4 at 10;

    **b. 4,000.00€:** Prevailing party statutory costs awarded pursuant to Article 700 of the French Code of Civil Procedure, *see* ECF No. 24-4 at 10;

**c. 7,326.83€:** Prevailing party legal costs awarded pursuant to Article 699 of the French Code of Civil Procedure, *see* ECF No. 24-4 at 11; ECF No. 25-6; and

**d. 34,846.56€:** Interest awarded to Sagan pursuant to Article 1154 of the French Civil Code.

> *Total:* **104,838.39€**. This judgment shall be payable in Euros, which can be converted to U.S. dollars at the appropriate exchange rate in effect as of the date of payment.

2. **Post-Judgment Interest Pursuant to 28 U.S.C. § 1961:** Beginning August 1, 2018, Sagan is further entitled to post-judgment interest at the rate of 2.42% per annum, which is the weekly average rate on 1-year constant maturity Treasury yields in effect as of July 27, 2018.

3. **Taxable Costs Pursuant to Fed. R. Civ. P. 54(b):** Sagan is also entitled to receive its allowable taxable costs, which shall be filed within fourteen days from the entry of this judgment in accordance with Rule 54 of the Federal Rules of Civil Procedure.

The Clerk is directed to enter Judgment accordingly.

**SO ORDERED** this  3rd  day of October, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
