UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| SOCIÉTÉ D'AMÉNAGEMENT ET DE GESTION DE L'ABRI NAUTIQUE, | Case No.: 16-CV-785 |
| Plaintiff, | Honorable William C. Griesbach |
| v. | |
| MARINE TRAVELIFT, INC., | |
| Defendant. | |

## SATISFACTION OF JUDGMENT

Lynne R. Ostfeld, one of the attorneys for the Plaintiff and Judgment Creditor, Societe d'Amenagement et de Gestion de l'Abri Nautique, hereby certifies, stipulates and agrees that the Judgment in a Civil Case entered by this Court in the above-captioned action on October 3, 2018 against Defendant and Judgment Debtor, Marine Travelift, Inc., in the amount of 104,838.39€, as well as any and all post-judgment interest or taxable costs, have been paid and satisfied in full.

The Clerk of Court is hereby authorized to discharge said Judgment of record.

**LYNNE OSTFELD, P.C.**
**Co-Counsel for Plaintiff and Judgment Creditor, Société d'Aménagement et de Gestion de l'Abri Nautique**

Dated: March 15, 2019.

/s/ Lynne R. Ostfeld
Lynne R. Ostfeld
ostfeld@ostfeldlaw.com
300 N. State Street, Suite 5404
Chicago, IL 60654
Telephone: 312-645-1066